UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARBLE BRIDGE FUNDING GROUP, INC. <br><br> Plaintiff(s), <br><br> v. <br><br> LIQUID CAPITAL EXCHANGE, INC., LIQUID CAPITAL OF COLORADO, SOL ROTER, AN INDIVIDUAL, AND BRUCE DAWSON, AN INDIVIDUAL <br><br> Defendant(s). | Case No: CV 15-00177-YGR <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Jon L. Swergold, an active member in good standing of the bar of Florida, hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: Liquid Capital Exchange, Inc., BDB Capital, Inc. (d/b/a Liquid Capital of Colorado (erroneously sued as Liquid Capital of Colorado), Sol Roter, and Bruce Dawson in the above-entitled action. My local co-counsel in this case is William J. Goines, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 401 East Las Olas Boulevard, Suite 2000 <br> Fort Lauderdale, FL 33301 | 1900 University Avenue, Fifth Floor <br> East Palo Alto, CA 94303 |
| MY TELEPHONE # OF RECORD: <br> 954-765-0500 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: <br> 650-328-8500 |
| MY EMAIL ADDRESS OF RECORD: <br> swergoldj@gtlaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: <br> goinesw@gtlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 108510.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: February 5, 2015

                                                             Jon L. Swergold
                                                             APPLICANT

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Jon L. Swergold is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____
                                     UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER

AO 136 (Rev. 10/13) Certificate of Good Standing



# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

### CERTIFICATE OF GOOD STANDING

I, **Steven M. Larimore,** Clerk of the United States District Court for the Southern District of Florida,

do hereby certify that **Jon Loren Swergold**, Florida Bar # **108510**, was duly admitted to practice in this Court on **July 18, 1997**, and is in good standing as a member of the Bar of this Court.

Dated at: **Miami, Florida** on January 29, 2015

Steven M. Larimore
Court Administrator • Clerk of Court