WILLIAM J. GOINES (SBN: 61290)
goinesw@gtlaw.com
ALICE Y. CHU (SBN: 264990)
chua@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, California 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

JON L. SWERGOLD (*admitted pro hac vice*)
swergoldj@gtlaw.com
GREENBERG TRAURIG, LLP
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, FL 33301
Telephone: (954) 765-0500
Facsimile: (954) 765-1477

Attorneys for Defendants
Liquid Capital Exchange, Inc., BDB Capital, Inc.
(d/b/a Liquid Capital of Colorado)(erroneously
sued as Liquid Capital of Colorado), Sol Roter, an
Individual, and Bruce Dawson, an Individual

VINCENT P. HURLEY (SBN 111215)
vphurley@hurleylaw.com
AMANDA COHEN (SBN 243946)
acohen@hurleylaw.com
RYAN THOMPSON (SBN 292281)
rthompson@hurleylaw.com
LAW OFFICES OF VINCENT P. HURLEY
A Professional Corporation
28 Seascape Village
Aptos, CA 95003
Telephone: (831) 661-4800
Facsimile: (831) 661-4804

DENIS F. SHANAGHER (SBN 100222)
dfshanagher@duanemorris.com
DUANE MORRIS LLP
Spear Street Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3178
Facsimile: (415) 957-3001

Attorneys for Plaintiff

IT IS SO ORDERED

Judge Edward J. Davila

DATED: 10/14/2015

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

MARBLE BRIDGE FUNDING GROUP, INC.,

Plaintiff;

v.

LIQUID CAPITAL EXCHANGE, INC., LIQUID CAPITAL OF COLORADO, SOL ROTER, AN INDIVIDUAL, AND BRUCE DAWSON, AN INDIVIDUAL,

Defendants.

Case No. 5:15-CV-00177-EJD

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

Pursuant to Civil L.R. 6-1, Defendant Sol Roter ("Mr. Roter") and Plaintiff Marble Bridge Funding Group, Inc. ("Plaintiff") (collectively "the Parties"), by their respective attorneys of record, in order to stipulate that Mr. Roter's time to respond to Plaintiff's Complaint is extended to the date on which Defendants' response to Plaintiffs' Amended Complaint is due, state as follows:

WHEREAS, Plaintiff filed a Complaint for Damages on December 3, 2014;

WHEREAS, on January 20, 2015, Defendants filed the following: (1) Motion to Dismiss for Lack of Personal Jurisdiction and Motion to Quash Service of Process [Dkt. No. 8]; and (2) Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) [Dkt. No. 9];

WHEREAS, on September 25, 2015, the Court issued an Order Granting in Part and Denying in Part Defendants' Motion to Dismiss and Motion to Quash Re: Dkt. No. 8 [Dkt. No. 36], which granted Defendants' motion as to Defendants BDB Capital, Inc. (sued as Liquid Capital of Colorado) and Bruce Dawson and denied the motion as to Mr. Roter;

WHEREAS, on September 25, 2015, the Court issued an Order Granting Defendant's Motion to Dismiss Re: Dkt. No. 9 [Dkt. No. 37], which dismissed all claims against Defendant Liquid Capital Exchange, Inc., with leave to amend;

WHEREAS, the Court's September 25, 2015 Orders [Dkt. Nos. 36 and 37] require Plaintiff to file any amended complaint in response to the Orders on or before October 12, 2015;

WHEREAS, pursuant to Federal Rule of Civil Procedure Rule 12(a)(4), Mr. Roter's pleading in response to Plaintiff's Complaint is presently due on October 9, 2015;

WHEREAS, Plaintiff has advised Defendants that it intends on filing an Amended Complaint; and

WHEREAS, the Parties agree to extend the date on which Mr. Roter's response to the Complaint is due to the date on which Defendants' response to Plaintiff's Amended Complaint is due.

///

///

///

1    THEREFORE, IT IS HEREBY STIPULATED by and between the parties to the above-entitled

2  action, through their respective counsel, that the date on which Defendant Sol Roter's response to the

3  Complaint is due is extended to the date on which Defendants' response to Plaintiff's Amended

4  Complaint is due.

5  DATED:  October 8, 2015                    GREENBERG TRAURIG, LLP

6

7                                            By  /s/ *William J. Goines*
                                                 William J. Goines
8                                                Jon L. Swergold

9                                            Attorneys for Defendants Liquid Capital Exchange, Inc.,
                                             BDB Capital, Inc. (d/b/a Liquid Capital of
10                                           Colorado)(erroneously sued as Liquid Capital of Colorado),
                                             Sol Roter, an Individual, and Bruce Dawson, an Individual
11

12

13  DATED:  October 8, 2015                    DUANE MORRIS LLP

14

15                                           By  /s/ *Denis F. Shanagher*
                                                 Denis F. Shanagher
16                                           Attorneys for Plaintiff Marble Bridge Funding Group, Inc.

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
Case No. 5:15-CV-00177-EJD

## **ATTESTATION CLAUSE**

I, William J. Goines, am the ECF User whose ID and password are being used to file this STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT.  In compliance with Civil L.R. 5-1(i), I hereby attest that Denis F. Shanagher, attorney at Duane Morris LLP, concurred in this filing.

DATED: October 8, 2015                    GREENBERG TRAURIG, LLP


                                          By: */s/ William J. Goines*
                                             William J. Goines

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
Case No. 5:15-CV-00177-EJD